# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

REV. CALVIN WARREN,

        Plaintiff,

vs.

THE FEDERAL GOVERNMENT, et al.,

        Defendants.

Case No. 2:05-cv-01315-BES-GWF

**ORDER**

      This matter is before the Court due to the parties' failure to prosecute this case. On November 13, 2006, the Court issued an Order (#2) instructing the parties to file a status report by November 24, 2006. The Court informed the parties that failure to do so would result in a recommendation to the District Judge that this case be dismissed. Pursuant to Local Rule 41-1, the Court may make a recommendation for dismissal of an action for want of prosecution, after that action has been pending in this Court for more than nine (9) months without any proceeding of record. The above action has been pending in this Court without any proceeding or filings on the part of the parties for over nine (9) months, and the parties have failed to file a status report as ordered. Accordingly,

      **IT IS HEREBY RECOMMENDED** that the above action be **dismissed** for want of prosecution.

      DATED this 12th day of December, 2006.

_____
**GEORGE FOLEY, JR.**
**UNITED STATES MAGISTRATE JUDGE**