# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| REV. CALVIN WARREN, | ) | 2:05-cv-01315-BES-GWF |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| THE FEDERAL GOVERNMENT, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Before the Court is the Report and Recommendation of the United States Magistrate Judge (#3) ("Recommendation") entered on December 15, 2006, in which the Magistrate Judge recommends that this Court enter an order dismissing the instant action for failure to prosecute. No objections have been filed.

  The Court has conducted a *de novo* review of the record in this case, considering fully all relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. After a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing,

  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#3) entered on December 15, 2006, is adopted and accepted without modification. Therefore, in accordance with the Report and Recommendation, this action is
///

1  DISMISSED pursuant to this Court's authority under Local Rule 41-1.
2       IT IS SO ORDERED.
3       DATED: This 15th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE

2